IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :

V : No. _____ CH 00-664

MICHAEL EVANS :

### MOTION TO AMEND MOTION (60)(b) IN ACCORDANCE TO FED.R.CIV.PRO RULE 15

COMES NOW, Michael Evans (petitioner), herein, prose; respectfully requests this Honorable Court grant relief and permit petitioner to amend his previously filed 60(b) motion- if received; and petitioner avers the following:

1). Petitioner believes he may have made a procedural Error.

2). Petitioner believes-to be fundamentally fair-petitioner should be permitted to arrange arguments accordingly.

WHEREFORE, petitioner prays this Honorable Court grant relief and permit petitioner to amend his 60(b) motion.

FILED

JAN 2 0 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Respectfully Submitted,

*Michael Evans*

Michael Evans

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA     :

V                                :  No. CH 00-664

MICHAEL EVANS                    :

CERTIFICATE OF SERVICE

I, Michael Evans hereby certify a true and correct copy of the foregoing has been sent to the following on this 19th day of January 2006, via United States Postal Service, First-Class, Pre-paid:

Clerk of Courts

United States District Court of Pennsylvania

7th and Grant Street

United States Post Office and Courthouse

Pittsburgh, PA 15219


Michael W. Streily-District Attorny

for Allegheny County

401 Allegheny County Courthouse

Pittsburgh, PA 15219


*Michael Evans* (signature)

Michael Evans