IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSYLVANIA


COMMONWEALTH OF PENNSYLVANIA        :


V                                   : No. ___CH___ 00-664


MICHAEL EVANS                       :


### MEMORANDUM IN SUPPORT OF MOTION TO AMEND 60(b)

On or about December 21, 2005, petitioner sent to this
Honorable Court a motion for relief in accordance to
Fed.Civ.R.Pro. Rule 60(b).

As of this date-petitioner has not received  correspondence
indicating a docket number or any acknowledgment of receipt
from this Honorable Court?

Petitioner requests that either this Court notify petitioner
that reception of said document's-and if so-permit petitioner
to amend his motion due to a potential procedure default in
order to exercise his right to-"fundamental fairness" required
by our sixth and fourteenth amendment to the United States
Constitution. POINTER V TEXAS, 380 U.S. 400, 403 (1965).

Regardless, under Fed.R.Civ.Pro, rule 15(a) permits a
petitioner to amend a action when a party's pleading has not
had a responsive pleading or has not been placed upon the trial
claender, by leave of the court amendment is permitted.Id.

Again, because of the lack of knowledge of receipt of the

FILED

JAN 2 0 2006

CLERK U. S. DISTRICT COURT
WST. DIST. OF PENNSYLVANIA

above motion, petitioner requests this Honorable Court inform
petitioner; and if so, please permit petitioner to amend his
motion under above said rule.


_____
Michael Evans