IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL EVANS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-0664 |
| | ) | |
| SUPERINTENDENT, STATE | ) | Judge Joy Flowers Conti |
| CORRECTIONAL INSTITUTION | ) | Magistrate Judge Amy Reynolds Hay |
| ROCKVIEW, ATTORNEY GENERAL | ) | |
| OF THE COMMONWEALTH OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this 8th day of February, 2006, upon consideration of the Motion to Amend Motion for Relief under Rule 60(b), IT IS HEREBY ORDERED that the motion (doc. 14) is GRANTED.

IT IS FURTHER ORDERED that the Petitioner shall have until February 24, 2006, in which to file his Amended Motion for Relief under Rule 60(b) and serve same on opposing counsel.

/s/ Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:  Michael Evans
     AP-9736
     SCI Rockview
     Box A
     Bellefonte, PA 16823

Rebecca D. Spangler
Office of the District Attorney
Post Conviction/Habeas Corpus
401 Allegheny County Courthouse
Pittsburgh, PA 15219