IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL EVANS           :

VS.                     : NO. 00-0664

FRANKLIN TENNIS, ET AL  :

**FILED**
APR 04 2006
CLERK U.S. DISTRICT COURT
WST. DIST. OF PENNSYLV/

### APPLICATION TO CONTINUE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Michael Evans (petitioner), herein, pro se; respectfully requests this Honorable Court to grant relief and permit petitioner to "continue in forma pauperis." And the petitioner avers the following:

1). With regards to the precedent Habeas Corpus proceeding; this honorable court granted petitioner herein as that Pauper.

2). Petitioner avers his status has not changed and requests this Court grant a continuation in the motion 60(b).

WHEREFORE, petitioner prays this Honorable Court grant relief in the above stated matter and permit petitioner to "continue in "Forma Pauperis."

Respectfully Submitted,

*Michael Evans*

Michael Evans

CERTIFICATE OF SERVICE

I, Michael Evans hereby verify a true and correct copy has been sent, via United States Postal Service, Pre-paid, First-class, on this April 2, 2006, to the following:

Clerk of Courts

U.S. Post Office & Courthouse

7th & Grant Street

Pittsburgh, PA 15219

District Attorney of Allegheny county

401 Allegheny County Courthouse

Pittsburgh, PA 15219

Attention; Rebecca Spangler

*Michael Evans* (signature)

Michael Evans