NAME: Michael Evans
NUMBER:
BOX A  FS-1519
BELLEFONTE, PA. 16823-0820

ALTOONA PA 166

INMATE MAIL
PA DEPT OF
CORRECTIONS

$00.39⁰

Clerk of Courts

United States District Court-Western District

7th & Grant Street

Pittsburgh, PA 15219