IN THE UNTIED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA-PITTSBURGH

MICHAEL EVANS              :

VS.                        : Civ. No. 00-0664

FRANKLIN, J. TENNIS, et al :

## MOTION TO RE-INSTATE RULE 60(b) MOTION

COMES NOW, Michael Evans (petitioner), herein, pro se; respectfully requests this Honorable Court to grant relief and reinstate petitioner 60(b) motion. And petitioner avers the following:

1). See memorandum in support attached hereto.

WHEREFORE, petitioner prays this Honorable Court grant relief and reinstate petitioner's 60(b) motion.

Respectfully Submitted,

*Michael Evans*
Michael Evans