Kindel Evens 18515-19
x A
McFonte, Pa. 16023

Mr. Robert V. Barth, Jr.
Clerk of Court
U.S. District Court (Western)
P.O. Box 1805
Pittsburgh, Pa. 15230