IN THE UNITED STATES DISTRICT COURT FOR THE WEST...

DISTRICT OF PENNSYLVANIA

**FILED**

APR 14 2006

CLERK U.S. DISTRICT COURT
ST. DIST. OF PENNSYLVA'

MICHAEL EVANS                : SCANNED

VS.                          : Civil Action No. 00-664

Franklin J. Tennis, et al :

### APPLICATION TO WITHDRAW OBJECTIONS AND ENLARGEMENT OF TIME

COMES NOW, Michael Evans (petitioner), herein, pro se; respectfully requests this Honorable Court to grant relief and withdraw petitioner's motion for enlargement of time and objections. And the petitioner avers the following:

1). Petitioner believes the magistrates report and recommendation is accurate.

WHEREFORE, petitioner prays this Honorable Court grant relief and withdraw petitioner's motion for enlargement of time and objections to magistrates report.

Respectfully Submitted,

*Michael Evans*
Michael Evans

## CERTIFICATE OF SERVICE

I, Michael Evans hereby verify a true and correct copy of the foregoing has been sent on this 12th day of April 2006, via United States Postal Service, Pre-paid, First-Class, to the following:

Clerk of Courts District Court
U.S. Post Office & Courthouse
7th & Grant Street
Pittsburgh, PA 15219

Rebecca Spangler-Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219

Magistrate Judge Amy Reynolds Hay
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

*Michael Evans*
_____
Michael Evans

Michael Evans, ES-1519

Box A.

Bellefonte, PA 16823-0820



FILED

APR 14 2006

CLERK U.S. DISTRICT COURT
ST. DIST. OF PENNSYLV'

Clerk of Courts

U.S. Post Office & Courthouse

7th & Grant Street

Pittsburgh, PA 15219                April 12, 2006


Re-00-664 Michael Evans Vs. Franklin J. Tennis, et al


Dear Ma'am/Sir:

   Please find enclosed a motion to withdraw the previous motion for enlargement of time and subsequent objections for the court's consideration.

   Additionally, I would like to advise-as on the cover of the correspondence you have received-my number is no longer an AP number; it is now ES-1519. Please adjust the computer as such.

   I would like to thank you for your time and consideration in this matter.


                                 Respectfully Yours,

                                 *Michael Evans*

                                 Michael Evans