

ALTOONA PA 166
INMATE MAIL
PA DEPT OF
CORRECTIONS
APR 13 2006

Robert V. Barth Jr.
Office of the Clerk (W.D.)
P.O. Box 1805
Pittsburgh, PA. 15230

Name: M. Evans
Number: ES1519
Box A
Bellefonte, Pa. 16823