IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL EVANS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 00-0664 |
| ) | |
| SUPERINTENDENT, STATE ) | Judge Joy Flowers Conti |
| CORRECTIONAL INSTITUTION ) | Magistrate Judge Amy Reynolds Hay |
| ROCKVIEW, ATTORNEY GENERAL ) | |
| OF THE COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

AND NOW, this 3rd day of May, 2006, upon consideration of the Petitioner's Motion for Leave to Proceed In Forma Pauperis while pursuing his Rule 60(b) motion, IT IS HEREBY ORDERED that the motion (doc. 18) is DISMISSED as moot inasmuch as he has already been granted in forma pauperis status for the duration of his case in district court.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:   Michael Evans
AP-9736
SCI Rockview
Box A
Bellefonte, PA 16823

Rebecca D. Spangler
Office of the District Attorney
Post Conviction/Habeas Corpus
401 Allegheny County Courthouse
Pittsburgh, PA 15219