IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL EVANS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 00-0664 |
| | ) | |
| SUPERINTENDENT, STATE | ) | Judge Joy Flowers Conti |
| CORRECTIONAL INSTITUTION | ) | Magistrate Judge Amy Reynolds Hay |
| ROCKVIEW, ATTORNEY GENERAL | ) | |
| OF THE COMMONWEALTH OF | ) | |
| PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

AND NOW, this 25th day of May, 2006, upon consideration of the Petitioner's Motion to Withdraw Objections to Report and Recommendation and to Withdraw Motion for Enlargement of Time, and it appearing that no Objections and no motion for an extension of time were filed following the entry of the most recent Report and Recommendation (April 4, 2006) in this case, IT IS HEREBY ORDERED that the motion (doc. 22) is DISMISSED as moot.

/s/   Amy Reynolds Hay
AMY REYNOLDS HAY
United States Magistrate Judge

cc:   Michael Evans
      AP-9736
      SCI Rockview
      Box A
      Bellefonte, PA 16823


      Rebecca D. Spangler
      Office of the District Attorney
      Post Conviction/Habeas Corpus

401 Allegheny County Courthouse
Pittsburgh, PA 15219