UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: June 8, 2006



Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

IN RE: <u>Evans v. Superintendent, State Correctional Institution</u>
WESTERN DIST. OF PA NO. 2:00-cv-664
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

- _ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

- _ Actual Record with one certified copy and one uncertified copy of the docket entries.

- _ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record.

- _ Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

- X **Copies of documents #3, #9 and #10 in case 2:97-cv-1016 submitted in conjunction for ruling on application for successive petition in 2:00-cv-664.**

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
J. Perch
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE _____