Mr. Robert V. Barth Jr.
Court Clerk
U.S. District Court (W.D.)
P.O. Box 1803
Pittsburgh, PA. 15230

Michael Evans ES1519
Box A
Bellefonte, PA. 16823