Name: M. P. Evans
Number: ES1519
Box A
Bellefonte, Pa. 16823

INMATE MAIL
PA DEPT OF CORRECTIONS

Clerk of Court
U.S. District Court (W.D.)
U.S. Courthouse & Post Office
P.O. Box 1805
Pittsburgh, PA. 15230

$ 00.53

15230+1605-05 B014