Clerk of Court
U.S. District Court (W.D.)
U.S. Post Office + Courthouse - P.O.E
Pittsburgh, Penn. 15230

Michael P. Evans ES1519
Box A
Bellefonte, PA. 16823