OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Clerk of District Court
**(Western District of PA )**

Date **March 21, 2007**

**Evans vs. Supt. State Corr Inst Rockview**
(Caption)

Appeal No. **06-4198**

**Michael Evans**
( Appellant)

**00-CV-664**
D. C. No.

Enclosures:

**March 21, 2007** Certified copy of C. of A. Order by the Clerk/Court.

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

**Carolyn Hicks   (267)-299-4926**
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

R:\2006\4198\clkltr032107.wpd